PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name: __MARTHA__ __GEORGE__ __NIMER__
              LAST              FIRST            MIDDLE INITIAL

Prisoner Number: _____

Institutional Address: __901 Court Street__

_____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

DEC 14 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__George Nimer Martha__

               Petitioner,

vs.

__Contra Costa County__
__In for the People of__
__the State of California__
             Respondent(s).

Case Number: C V 16 7138
(Provided by the clerk upon filing)

SI

(PR)

PETITION FOR A WRIT
OF HABEAS CORPUS

I. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

  A. What sentence are you challenging in this petition?

    1. Name and location of court that imposed sentence (for example: Alameda County Superior Court, Oakland):

    2. Court __Contra Costa ct.__

    3. Location __901 Court Street Martinez__

    4. Case number, if known __Unknown__

    5. Date and terms of sentence __Unknown__

    6. Are you now in custody serving this term? ("In custody" means in jail, on parole or probation, etc.) ............................................................................ YES ☐  NO ☐

If yes, provide name and address of institution:

_____

_____

B.  For what crime were you given this sentence?

Note: If your petition challenges a sentence for more than one crime, list each crime separately using California Penal Code numbers, if known. If you are challenging more than one sentence, you should file a different petition for each sentence.

*Under the Influent meth*

_____

_____

C.  Did you have any of the following proceedings?

Arraignment: ....................................................................... YES ☒  NO ☐

Preliminary Hearing: ........................................................... YES ☐  NO ☒

Motion to Suppress: ............................................................ YES ☐  NO ☒

D.  How did you plead? ............................ Guilty ☐  Not Guilty ☐  Nolo Contendere ☒

Any other plea (specify) *Case dismissed PRO36 Ct*

E.  If you went to trial, what kind of trial did you have?

Jury ☐     Judge alone ☐     Judge alone on a transcript ☐

F.  Did you testify at your trial? ............................................ YES ☐  NO ☒

G.  Did you have an attorney at the following proceedings:

1.  Arraignment ................................................................ YES ☐  NO ☒

2.  Preliminary hearing ..................................................... YES ☐  NO ☒

3.  Time of plea ................................................................ YES ☒  NO ☐

4.  Trial ............................................................................ YES ☐  NO ☒

5.  Sentencing ................................................................... YES ☐  NO ☒

6.  Appeal ......................................................................... YES ☒  NO ☐

7.  Other post-conviction proceeding ................................ YES ☐  NO ☒

H.  Did you appeal your conviction? ...................................... YES ☒  NO ☐   *In Trostibl et (JC)*

1.  If you appealed, to what court(s) did you appeal?   *Before Susan Ilson*

1   Court of Appeal _US DISTRICT CT_ ......... YES ☐ Year:_____ NO ☐

2   Result: _Judge IGSTON Almost Femirdly Case_

3   Supreme Court of California ......................................... YES ☐ Year:_____ NO ☒

4   Result: _____

5   Any other court ............................................................ YES ☐ Year:_____ NO ☒

6   Result: _____

7   2.  If you appealed, were the grounds the same as those that you are raising in this

8   petition?................................................................... YES ☐ NO ☒

9   3.  Did the court issue an opinion?........................................ YES ☐ NO ☒

10   4.  Did you seek permission to file a late appeal under Rule 31(a)?........ YES ☐ NO ☒

11   If you did, give the name of the court and the result: _____

12   _____

13   I.  <u>Other than appeals, have you previously filed any petitions, applications or motions with</u>

14   <u>respect to this conviction in any court, state or federal?</u>........................... YES ☐ NO ☒

15   *Note:* If you previously filed a petition for a writ of habeas corpus in federal court challenging the

16   same conviction you are challenging now and if that petition was denied or dismissed with

17   prejudice, you must first file a motion in the U. S. Court of Appeals for the Ninth Circuit

    for an order authorizing this court to consider this petition. You may not file a second or

18   successive federal habeas petition without first obtaining such an order from the Ninth Circuit.
    28 U.S.C. § 2244(b).

19   If you sought relief in any proceeding other than an appeal, answer the following

20   questions for each proceeding.  Attach extra paper if you need more space.

21   1.  Name of court: _____

22   Type of proceeding: _____

23   Grounds raised (be brief but specific):

24   a. _____

25   b. _____

26   c. _____

27   d. _____

28   Result: _____  Date of result:_____

PETITION FOR A WRIT OF HABEAS CORPUS (rev. 8/2015)
*page 3 of 6*

2. Name of court: _____

Type of proceeding: _____

Grounds raised (be brief but specific):

a. _P.36, Dismised convict due process to A_

b. _convrem Right to 90 day speedy_

c. _Th81, (ICE) Preked me up held me_

d. _for 3 months, Balled 6U AND (IJ) Kings_

_on June 28 2016 Admishtony closed case_

Result: _And Held Bond_          Date of result: _____

3. Name of court: _____

Type of proceeding: _____

Grounds raised (be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____  Date of result: _____

4. Name of court: _____

Type of proceeding: _____

Grounds raised (be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____  Date of result: _____

J.  Is any petition, appeal or other post-conviction proceeding now pending in any court?

.................................................................... YES ☐  NO ☐

Name and location of court: _____

_____

II.    GROUNDS FOR RELIEF

State briefly every reason why you believe you are being confined unlawfully.  Give facts to
support each claim.  For example, what right or privilege were you denied?  What happened?
Who made the error?  Avoid legal arguments with numerous case citations.  Attach extra paper if
you need more space.  Answer the same questions for each claim.

*Note:* You must present ALL your claims in your first federal habeas petition.  Subsequent petitions
may be dismissed without review on the merits.  28 USC § 2244(b); *McCleskey v. Zant*, 499 U.S.
467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

Claim One: _____ All claims on Paper

_____ See Attachment

Supporting facts: _____

_____

_____

_____

Claim Two: _____

_____

Supporting facts: _____

_____

_____

_____

Claim Three: _____

_____

Supporting facts: _____

_____

_____

_____

If any of these grounds was not previously presented to any other court, state briefly which
grounds were not presented and why:_____

_____

1 _____

2 _____

3 List, by name and citation only, any cases that you think are close factually to yours so that they

4 are an example of the error you believe occurred in your case.  Do not discuss the holding or

5 reasoning of these cases: _____

6 _____

7 _____

8 _____

9 Do you have an attorney for this petition?........................................... YES ☐   NO ☐

10 If you do, give the name and address of your attorney: _____

11 _____

12

13 WHEREFORE, petitioner prays that the court grant him/her the relief to which he/she may be

14 entitled in this action.  I verify under penalty of perjury that the foregoing is true and correct.

15 Executed on:

16 _____11 - 10 - 16_____        _____

17             Date                          Signature of Petitioner

18

19

20

21

22

23

24

25

26

27

28

Petitioner

WRit oF HAbAs by GForge Nimer MARTHA

Claim # 1

PRo 36 is AN ILegAl CT with No
Founds or resturge to provide
Adlqvit mentAl Heulth trEAment

#2  PRo 36 CT Judge lAutHNer in
FAct dismissed cAse in open CT
Petitioner cAN't Find or get The
CT to provide + copy oF New
ANd second ABsHAct OF JUdyn
ment.

#3  ICe is steaNed oFF First
ABstract of Jdgement ANd
will not provide second IN
proceeding decurtichon oF duttes
workng in the black side oF
THE lAw.

ICe picked George MARTHA up
From JAil And PlAced him in
proceeding held with out Bond
For 2 1/2 month,

All this happened to me behind
A CONvicted STAlKer who gives
AKA NAme to Arrest me (51)
times

5 EAch on A Concord Arrest Sheet
EACH Arrest was Filed iN A
FAKe NAme SAM MARTHA or
SAM Nimer, His Real NAme is
MUSAlum NimeR MARtHA 2004
CONviction For STAlKing San
Mateo Co.

I HAve A Right to ConTront
Acuser who Fooled Concord
Police (51 time's) Fifty one
time I was Arrested

ASKing That This cart Appoints
attorney to Sort out This
problem

I Have Emails From Picasso
Family I Found a Real bull
scene This Person Finaly
Found my Hiding Place And
stolden

With Alobys

one Arrest SD50 Martinez
Hospital.

Sam Marttha Crilled Concord
police to Have me Arrested
For Having A bad dream
speaking out loud say Thing
I don't Even to I said
IF I said.

He told CRis Blakly Take
Him

and His dum painting its A
Fake,

only Picasso Family can
Say its Fake they told
me VIA Email it was Real

Chris Blakly Concord PD
took it And Kept it Safe
And Returned it when I
got Released

Call him he will testifix
Sam Mortha makes Fake
Police Reports to get
Rid of me on the
First For my SSI Check.

All together this case is moot.

Please terminate proceedings with ICE

Please Return my $1500 00 Cash Bond

Pro36 court dismissed the case
Before, me my motion And my
Attorney

I verbley told the Pro 36 Judge
Latham that I Failed the program
due to mental health issues
that (A Chance for Freedom is not
A Mental health Based program
And when released on Heavy Medication
the Jail Martinez Jail 901 court
Street Martinez calforign did
not Release me with Any Medication
As by law Should

Legal & Liability Risk Management
Institute
      Jail / Corrections Failure to
Provide medication in Jail and
during time of Release setting by
Jack Ryan . J. D
   Doc # 57 , Ex A. Pl. Dep 42 20-22
43-24-44.9)
         Hailet v Morgan; 296 F3d 732
   746 (9th cir 2002  8th Amendment

is only Violated if delays occured to patient
(etc)

By Pumping me Up with medication
And Returning me without in Limbo
caured me to Relapse without
even Starting out progress Class
3 times,
I did my time In Jail While
my persons Complete Class due
to mental Health Failure
To Provide Medication

All ds to Judge Newby, Stark
Went on Vacation Judge Stark
Was Followed with George Matthews
mental Health Dr's
And Judge Kolin Who not nor
did my Attorneys mention My
mental Health issue Violate the
5th And 14th,
I had A Right to A Speedy trial
90 days

AFTER the FACT, A VENGIC
Motion to dismiss was Stated
by me Threw my Attorney. PD 36
ct dismissed.

(ICE) A Few months later picked
me up AND put me in proceedings
for Removal.
Ice is steamed off 1st
Abstract of Judgment
Martinez court issued A 2nd
ALASRT of Judgement And Neither
Parties got A copy.

June-13-13 (IJ) Yummygold issued
A warrant against me George Martin
for Failure to Appear
I was in Custody with Martinez
correction / JA/1 901 Court st
Martinez (w) Ribona
later (IJ) Yummygold lifted warrant
As I George Martin was
before him TcX JShly ISSUE

In open court (IJ) yurmughi
Testified in open court That
MR Maitbu was infact in Jail
on June-13-13 - And was Not
Transposted to (IJ) yurmughi cort
Room with The (IC)
And Issued Bond Cash Returnable
$1500.⁰⁰

Later out of custody Before (IJ)
Carlo King 100 Memory Street
supt Bail out of custody &
We Reviewed for one time And
Found That on June 26 -2016 She
Administnedly closed The case meaning
The case is over but open Bond
was Not Returned And The Case
is open for Appeal.

Both styles must Reach Agreement
Before This Honorable & Fou
The Second ABSTract of jury
must be Revealed

As I said when (I) KAY
Asked Why I don't have to
Lawyer I told her its
to big of a File to hire
experts, It would cost a
Million dollars to Fight someone

So the 212-c Waiver I
got was Revoked And U
Its Revoked Without
Authority Stopping me from
becunning a USA Citizen

#1 When my mother And Father
Applied for Citizenship they
For got to Add my Name As
As A mentaly sick disabled Son
I QuiFied For

#2 The case Reverssing 212-c
Gordon, 1S, BIA only A
Agg Felony can Revoke

THE Case Before US is Not A
Felony, But was Revoked due
to Not Appearing to CT, Not
my fault, I was in A cell At
Martinez Jail Not Taken to
court deliberly

They did the same Thing to
me For A Speeding Ticket
I lost my Drive privlages Not
Taken to court Twice on a
Civil matter Seems to be
THE M.O. For This county,

I move To Request This
Honorable CT. To rule To
Terminate This proceeding

I Also Respectfully move This
Honorable Judge And Ct to
Return Bond

I move This Honorable Judge
or court to Re Issue 212-c
waiver

With Merit And power OF congress
Authority granted to You to do so
For The Interest of Justice This
Writ must not be denied on the
behalf OF THE 5th Amendment the
legal color OF law And equality
to The constitutional Rights set
down by our Four Fathers which
Cont be converted in any way
unless Rewritten

I declare under the penalty of
perjury that the Foregoing is True
And correct

I motion for Appointment of
counsel to handle This Affair.

_(signature)_
14-10-16

I Ask This Court go
back to All Arrest under
The Names I just gave
you, and Run it All concurrt
Dismissing All Arrest Flashing
off computer for This S/Andor
Smooshed my Name In concurrd
police computre

And I WANT to Add to
This case, Concord Police
In concord California Arrest
Sheet,
EACH ARRest Filed by Conword
Police with the Victm Name
SAM MARTHA OR SAM Nimer
TOTAL OF over 30 Arrest
By That Person Said Victim
~~Her Name~~
Those Two Names ARe Fake
Names musalum Nimer
Martha Uses to get by
Clean Under the systems
Police compha,
musulum Nimer martha he
comes back Convicth Stalker
I AM The Victim in This
matter,
I have a Right to ~~confront~~
Confront The Acuser But
IF The Acuser is giving Fake
Names How can I Confront

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
SAN FRANCISCO, CA

GABE, MATTHEW S.
TRIAL ATTORNEY UNIT
DEPARTMENT OF HOMELAND SECURITY
SAN FRANCISCO, CA

DATE: Jun 28, 2016

FILE  A# 017-796-939

IN THE MATTER OF:
MARTHA, GEORGE NIMER

✓ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS
DECISION IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF
IMMIGRATION APPEALS WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING
OF THIS WRITTEN DECISION.  SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR
PROPERLY PREPARING YOUR APPEAL.  YOUR NOTICE OF APPEAL AND ATTACHED
DOCUMENTS MUST BE MAILED TO:

BOARD OF IMMIGRATION APPEALS
OFFICE OF THE CLERK
5107 Leesburg Pike, Suite 2000
FALLS CHURCH, VA  22041

_____ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE
RESULT OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORATION OR REMOVAL
HEARING.  THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED
IN ACCORDANCE WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY
ACT, 8 U.S.C. SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION
240(c)(6), 8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU
FILE A MOTION TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

IMMIGRATION COURT
100 MONTGOMERY ST., SUITE 800
SAN FRANCISCO, CA  94104

_____ OTHER: _____

_____

R. Coloma
_____
COURT CLERK
IMMIGRATION COURT

CC:
MARTHA, GEORGE NIMER
2989 GRANT ST
CONCORD, CA 94526

LS

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**SAN FRANCISCO, CALIFORNIA**

Matter of

    **George Nimer MARTHA,**

    Respondent

Date: June 28, 2016

File Number: **A017 796 939**

In Removal Proceedings

Charge:          Section 237(a)(2)(B)(i) of the Immigration and Nationality Act, as amended, as an alien who, at any time after admission, has been convicted of a controlled substance offense

On Behalf of Respondent:
George Nimer Martha
*Pro Se*
2989 Grant Street
Concord, California 94526

On Behalf of DHS:
Mathew Gale
Office of Chief Counsel,
100 Montgomery Street, Suite 200
San Francisco, California 94104

## ORDER OF THE IMMIGRATION JUDGE

### I. PROCEDURAL HISTORY

    The Department of Homeland Security ("DHS") initiated the current removal proceedings against Respondent, George Nimer MARTHA, by filing a Notice to Appear ("NTA") with the San Francisco, California Immigration Court on June 14, 2012. Exh. 1E. The NTA alleges that Respondent is a native and citizen of Jordan who adjusted to lawful permanent resident status on October 26, 1967. *Id.* The NTA further alleges that Respondent was convicted of being under the influence of methamphetamine in violation of California Health and Safety Code § 11550(a) on February 5, 2010. *Id.* As a result, the NTA charges Respondent with removability under Immigration and Nationality Act ("INA" or "Act") § 237(a)(2)(B)(i), as amended, as an alien who, at any time after admission, has been convicted of a violation of any law or regulation of a State relating to a controlled substance other than a single offense involving possession of 30 grams or less of marijuana. *Id.*

    On June 13, 2013, Respondent failed to appear at his master calendar hearing and was ordered removed in absentia. *See* IJ Order (June 13, 2013). On January 10, 2014, DHS moved to rescind the in absentia removal order and reopen proceedings, stating that Respondent might not have received proper notice of his June 13, 2013 hearing because of a serious mental health condition. The Court granted DHS's motion and reopened proceedings. *See* IJ Order (Jan. 15,