UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE NIMER MARTHA,<br>　　　　Petitioner,<br>　　v.<br>CONTRA COSTA COUNTY,<br>　　　　Respondent. | Case No. 16-cv-07138-SI<br><br>**JUDGMENT** |

This action is dismissed because the petitioner is not in custody for the decisions he challenges in his petition for writ of habeas corpus.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 30, 2017

_____
SUSAN ILLSTON
United States District Judge